PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00022-CDB |
| Plaintiff, | [Citation #E1389328, CA/3F] |
| v. | |
| BRENT T. SINCLAIR, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00022-CDB [Citation #E1389328, CA/3F] against BRENT T. SINCLAIR, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 6, 2023                    Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                                    By:   /s/ *Chan Hee Chu*
                                          CHAN HEE CHU
                                          Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:23-po-00022-CDB [Citation #E1389328, CA/3F] against BRENT T. SINCLAIR be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 6, 2023**     _____
UNITED STATES MAGISTRATE JUDGE